| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0644 1:01CR-00043-01-R |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 3:14-00178-01 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Larry Joe Key<br>Portland, TN | Western District Of Kentucky | Bowling Green |
| | NAME OF SENTENCING JUDGE | |
| | Thomas B. Russell, Senior U.S. District Judge | |
| | DATES OF SUPERVISED RELEASE | FROM 1/7/2013 — TO 1/6/2018 |

**OFFENSE**

Count 1: Attempt to Manufacture a Schedule II Controlled Substance (50 Grams or More of Methamphetamine) [21 USC 846]

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   MIDDLE DISTRICT OF TENNESSEE (Nashville Division)   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

September 22, 2014
*Date*

*Thomas B. Russell, Senior Judge*
*United States District Court*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   MIDDLE   DISTRICT OF   TENNESSEE (Nashville Division)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/29/14
*Effective Date*

*United States District Judge*